UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DEBBIE ALONZO; TERESA BARBER; TERESA CANGIONO; DIANE MILLER FAWCETT; KIM GUINN; CHARLOTTE HUNTER; MARIA MOYA; LISA PARDO; THELMA PATE; COLEEN SHIN; AND ANGELINE VASQUEZ WRIGHT, <br><br>  Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br>  Defendant. | § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br><br><br> EP-19-CV-00378-FM |

## ORDER DENYING MOTION TO STAY DISCOVERY

Before this court is "Motion to Stay Discovery" ("Motion") [ECF No. 11], filed January 29, 2020 by Wal-Mart Stores, Inc. ("Defendant"). Therein, Defendant requests the court stay discovery in this matter until after the resolution of its Motion to Dismiss.[1] Defendant's request is based on the speculation that "Plaintiffs will propound extensive and costly written discovery requests concerning matters that are subject to Walmart's Motion to Dismiss."[2] However, it does not assert Plaintiffs have done so. Additionally, as Defendant has not yet entered an appearance in this matter, the court has not issued a scheduling order setting discovery deadlines.[3] Therefore, the court finds no cause to stay discovery.

---

[1] "Defendant's Motion to Stay Discovery" 1, ECF No. 11, filed Jan. 29, 2020.

[2] *Id.* at 1–2.

[3] *See* Local Rule CV-16(c) ("Not later than 60 days after any appearance of any defendant, the parties shall submit a proposed scheduling order to the court . . .").

After due consideration, it is **HEREBY ORDERED** that Defendant Wal-mart Stores, Inc.'s "Motion to Stay Discovery" [ECF No. 11] is **DENIED**.

**SIGNED AND ENTERED** this ___6___ day of **February, 2020**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**